IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06cr262-MHT |
| | ) | |
| RAUL ANDRADE-CHACON | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Raul Andrade-Chacon, now in custody of Barbour County Jail, Eufaula, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on December 27, 2006, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Barbour County Jail, Eufaula, Alabama, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 a.m.

Respectfully submitted this the 21st day of November, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   CR. NO.  2:06cr262-MHT<br>)<br>RAUL ANDRADE-CHACON   ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed November 21, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Barbour County Jail, Eufaula, Alabama, commanding them to deliver Raul Andrade-Chacon, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE