IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr262-MHT |
| | ) |
| RAUL ANDRADE-CHACON | ) |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed November 21, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Barbour County Jail, Eufaula, Alabama, commanding them to deliver Raul Andrade-Chacon, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done this 22nd day of November, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE