COURTROOM DEPUTY MINUTES       DATE: **DECEMBER 27, 2006**
MIDDLE DISTRICT OF ALABAMA
                              DIGITAL RECORDING: 10:30 - 10:36

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**      DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-262-MHT-CSC**       DEFT. NAME: **RAUL ANDRADE-CHACON**

USA: **ANDREW SCHIFF**        ATTY: *Christine Freeman*

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

USPTSO/USPO: _____

Defendant √ does ___ does NOT need an interpreter; NAME: **BEVERLY CHILDRESS**

---

- ☐ Kars.     Date of Arrest _____ or   ☐ Rule 5 Arrest
- √ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- √ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
             ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- √ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.    ARRAIGNMENT SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
             √ Trial Term 2/5/07 ☐ PRETRIAL CONFERENCE DATE: _____
             √ DISCOVERY DISCLOSURES DATE: 12/29/06