COURTROOM DEPUTY MINUTES     DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA     DIGITAL RECORDED: 1:20 - 1:21

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-262-MHT-CSC    **DEFENDANT NAME:** RAUL ANDRADE-CHACONG

### APPEARANCES

**GOVERNMENT**          **DEFENDANT COUNSEL**
ATTY. ~~ANDREW SCHIFF~~ *Stephen P. Feaga*     ATTY. CHRISTINE FREEMAN

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea. Will file notice of intent Next Week

☑ **TRIAL STATUS:** Will take 2 days to try case, if goes to trial

☐ **REMARKS:**