IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-CR-262-MHT |
| ) | |
| RAUL ANDRADE-CHACON | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, **RAUL ANDRADE-CHACON**, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. A plea agreement has been entered pursuant to F.R.Cr.P. 11(c)(1)(C).

The undersigned counsel would like to request that the hearing be set after Wednesday, January 24, 2007 due to the fact that she will be unavailable earlier.

Dated this 22nd day of January 2007.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-262-MHT** |
| | ) | |
| **RAUL ANDRADE-CHACON** | | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew O. Schiff, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                             **s/Christine A. Freeman**
                                             **CHRISTINE A. FREEMAN**
                                             **TN BAR NO.: 11892**
                                             Federal Defenders
                                             Middle District of Alabama
                                             201 Monroe Street , Suite 407
                                             Montgomery, AL 36104
                                             TEL:  (334) 834-2099
                                             FAX:  (334) 834-0353
                                             E-Mail: Christine_Freeman@fd.org