**COURTROOM DEPUTY'S MINUTES**     **DATE: January 26, 2007**

**MIDDLE DISTRICT OF ALABAMA**     **DIGITAL RECORDING: 10:50 - 11:08**

**COURT REPORTER: Risa Entrekin**

❏ **ARRAIGNMENT**     √ **CHANGE OF PLEA**     ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

-------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**     **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr262-MHT**     **DEFENDANT NAME: Raul Andrade-Chacong**

**AUSA: Todd Brown standing in**     **DEFENDANT ATTORNEY: Christine Freeman**

**for Andrew Schiff**     **Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD**

**( ) appointed at arraignment; ( ) standing in for: _____**

**PTSO/USPO: Dwayne Spurlock**

**Interpreter present? ( )NO; ( √ )YES  Name: Beverly Childress**

-------------------------------------------------------------------------------------------------------

❏ This is defendant's **FIRST APPEARANCE.**

❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❏ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ❏ **Not Guilty**

√ **Guilty as to:**

√ **Count(s):  2 of the Indictment**

√ **Count(s): 1, 3, 4, 5**     ❏ **dismissed on oral motion of USA**

√ **to be dismissed at sentencing**

√ Written plea agreement filed   ❏ **ORDERED SEALED**

√ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 2 of the Indictment**

❏ CRIMINAL TERM:     ❏ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

❏ **ORDER:** Defendant continued under ❏ same bond;  ❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____

√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed

❏ Defendant requests time to secure new counsel